IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00234-BNB

NORMAN SHAW,

    Applicant,

v.

WARDEN CHARLES DANIELS,

    Respondent.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 8 2010

GREGORY C. LANGHAM
CLERK

---

ORDER TO FILE PRELIMINARY RESPONSE

---

    Applicant, Norman Shaw, is in the custody of the United States Bureau of Prisons at the United States Penitentiary in Florence, Colorado.  Mr. Shaw, acting *pro se*, initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

    As part of the preliminary consideration of the Application in this case, the Court has determined that a limited Preliminary Response is appropriate.  Respondent is directed pursuant to ***Redmon v. Wiley***, 550 F. Supp. 2d 1275 (D. Colo. 2008), and Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, to file a Preliminary Response limited to addressing the affirmative defense of exhaustion of administrative remedies.  If Respondent does not intend to raise this affirmative defense Respondent must notify the Court of that decision in the Preliminary Response.  Respondent may not file a dispositive motion as a Preliminary Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

    In support of the Preliminary Response, Respondent should attach as exhibits copies of any administrative grievances Mr. Shaw has filed raising the issues asserted

in the Application, as well as any responses to those grievances.  Mr. Shaw may reply to the Preliminary Response and provide any information that might be relevant to his efforts to exhaust administrative remedies.  Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** Respondent shall file a Preliminary Response that complies with this Order.  It is

FURTHER ORDERED that **within twenty-one days of the filing of the Preliminary Response** Mr. Shaw may file a Reply, if he desires.  It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative defense of exhaustion of administrative remedies Respondent must notify the Court of that decision in the Preliminary Response.

DATED February 18, 2010, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  10-cv-00234-BNB

Norman Shaw, Jr.
Reg No. 13155-006
US Penitentiary Florence
P.O. Box 7000
Florence, CO 81226

Warden Charles Daniels,
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

United States Attorney General  **- CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Snysvoll for service of process on Warden Charles Daniels; The United States Attorney General; and to the United States Attorney's Office: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 2/4/10 on **2/18/10**   .

GREGORY C. LANGHAM, CLERK

By: _____
                        Deputy Clerk